**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

IN RE: )
)
MONICA DILLON COLEMAN ) Case No.: 22-bk-20177
)
Debtor. ) Chapter 13
)

## TRUSTEE'S REPORT ON MOTION TO MODIFY CONFIRMED PLAN

Ryan W. Johnson, the Chapter 13 Trustee (the Trustee) hereby files this Report on the Debtor's Motion to Modify Plan. The Trustee reports as follows:

1. The Debtor filed this Chapter 13 case on 11/11/2022.
2. The Debtor's Chapter 13 plan was confirmed on 07/05/2023
3. The confirmed plan called for payments of $510.00 for six consecutive months representing pre-confirmation payments, then starting in June 2023, payments of $1,000.00 for 14 consecutive months, then starting in August 2024, payments of $2,150.00 for 14 consecutive months, then starting in October 2025, payments of $2,450.00 for 32 consecutive months, for a gross plan base of $125,560.00.
4. October was month 23 of a plan that runs 66 months from the date of the first plan payment. At the end of October 2023, the Debtor was delinquent in plan payments in the amount of $4,410.00 and her monthly payment was $2,150.00.
5. The Debtor states that she has obtained a divorce from her spouse and has entered into a property settlement agreement. The Trustee does not dispute that a divorce is an unanticipated and substantial post-confirmation event warranting modification of a confirmed Chapter 13 plan.
6. The Trustee requests a copy of the property settlement agreement to ascertain if any non-exempt proceeds are due to the Debtor pursuant to the Order of the Family Court so that the Trustee may evaluate the best interest of creditor's test as of the proposed

1

date of modification. 11 U.S.C. § 1329(b)(1); 1325(a)(4).

7. The Debtor requests modification of the confirmed plan to pay $1,000.00 per month for the remainder of her plan.

8. The Debtor has filed Amended Schedules I and J in support of her motion to modify. The Trustee notes:

   a. The Debtor is making direct payments on a 2015 Nissan Rogue in the amount of $334.12 per month. The contractual repayment date is 11/16/25 and the Trustee objects to modification to the extent the Debtor is not committing $334.12 to her plan beginning in December 2025.

   b. The Debtor is making payments of $355.00 per month for an IRS tax payment. No claim was filed by the IRS in this case and the Trustee requests information on whether this is a post-petition or pre-petition tax obligation.

   c. The Debtor is paying $254.00 per month for a storage unit. The Trustee requests information on the duration of this payment.

   d. The Debtor claims $607.06 in out of pocket medical expenses, but has also listed an FSA deduction on Schedule I in the amount of $264.14 per month. The Trustee requests information on whether the Debtor is incurring $871.20 in out of pocket monthly medical expenses.

   e. The Debtor claims monthly student loan payments of $734.84 and $195.80. There are three student loan claims in the Debtor's case for $2,947.89, $3,154.76 and $6,529.20. The Debtor's student loan payments are disproportionate to the filed claim and the Trustee requests documentation of the Debtor's direct pay student loan obligations.

   f. On Schedule I, the Debtor listed a retirement loan repayment of $630.72 per month. The Trustee requests information on when the Debtor's retirement loan(s) will be repaid.

   g. The Trustee requests the past 60 days of the Debtor's payment advices and past 60 days of her bank statements.

**WHEREFORE**, the Trustee objects to the proposed modification.

Respectfully submitted,


\_\_/s/ Ryan W. Johnson_____

**Ryan W. Johnson**
*Standing Chapter 13 Trustee for WV*
Phone: 304-744-6730
1409 Market Street
Wheeling, WV 26003
Bar No. 14178
Web: www.wvtrustee.org
Email: rwjohnson@WVTRUSTEE.ORG


## **CERTIFICATE OF SERVICE**

This Objection was served upon registered e-filers in this case upon the date of its filing pursuant to Fed. R. Civ. P. 5(b)(2)(E), as made applicable to this proceeding by Fed. R. Bankr. P. 9014(b) and 7004. It was also served by first class mail, postage prepaid on:

Monica Dillon Coleman

931 Helene Street

St. Albans, WV 25177


\_\_/s/ Ryan W. Johnson_____

**Ryan W. Johnson**
*Standing Chapter 13 Trustee for WV*
Phone: 304-744-6730
1049 Market Street
Wheeling, WV 26003
Bar No. 14178
Web: www.wvtrustee.org
Email: rwjohnson@WVTRUSTEE.ORG