Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

Southern District of West Virginia

Room 3200
300 Virginia Street East
Charleston, WV 25301

---

Bankruptcy Proceeding No.:  2:22−bk−20177
Chapter:  13
Judge:  B. McKay Mignault

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
     Monica Dillon Coleman
     aka Monica Lynn Dillon
     931 Helene Street
     St. Albans, WV 25177
Social Security / Individual Taxpayer ID No.:
     xxx−xx−7622
Employer Tax ID / Other nos.:

---

PLEASE TAKE NOTICE that a hearing will be held at

Bankruptcy Courtroom, Room 6200, 6th Floor Robert C. Byrd U.S. Courthouse, 300 Virginia Street East, Charleston, WV 25301
on 4/23/25 at 10:00 AM

to consider and act upon the following:

[104] Motion by Debtor Monica Dillon Coleman to Amend or Alter [84] Order Confirming Plan and [110] Objection filed by Trustee Ryan Winquist Johnson.

Participants who have received prior approval from the Court to appear telephonically must dial 1−855−244−8681 and, when prompted: enter access code 2307 696 5636 and press # (pound) to bypass the prompt for attendee ID. There is no charge for this service. Participants' phones are automatically muted by the Court. To unmute your phone to participate when recognized by the Court, please press *6 (star six). Do not unmute yourself until the Court directs you. For further information on telephonic appearances, visit our website at https://www.wvsb.uscourts.gov/ or contact the Clerk?s office at 304−347−3003.

Dated: 2/28/25

Lesley Hoops
Clerk, U.S. Bankruptcy Court

BY: Tonya Bailey
Deputy Clerk

United States Bankruptcy Court
Southern District of West Virginia

In re:                                                                    Case No. 22-20177-BMM
Monica Dillon Coleman                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0425-2                    User: admin                          Page 1 of 2
Date Rcvd: Feb 28, 2025                 Form ID: ntchrgBK                 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | #+ | Monica Dillon Coleman, 931 Helene Street, St. Albans, WV 25177-2940 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew S. Nason | on behalf of Debtor Monica Dillon Coleman andyn@peppernason.com  ryand@peppernason.com;ciarab@peppernason.com |
| D. Carol Sasser | on behalf of Creditor CITIZENS BANK NA f/k/a RBS CITIZENS NA dsasser@siwpc.com wcampbell@siwpc.com;jmuncy@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com |
| David C. Nalley | on behalf of Creditor Thomas Memorial Hospital wvbk@rslegal.com  rsbkecfbackup@gmail.com;reisenfeld@ecf.inforuptcy.com |
| Johnie R Muncy | on behalf of Creditor CITIZENS BANK NA f/k/a RBS CITIZENS NA jmuncy@siwpc.com wcampbell@siwpc.com;dsasser@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf |

@siwpc.com

Ryan Winquist Johnson

rwjohnson@wvtrustee.org

Sarah Ellis

on behalf of Creditor The Poca Valley Bank sarah.ellis@steptoe-johnson.com  susan-oxley-5561@ecf.pacerpro.com

United States Trustee

ustpregion04.ct.ecf@usdoj.gov

W. Scott Campbell

on behalf of Creditor CITIZENS BANK NA f/k/a RBS CITIZENS NA wcampbell@siwpc.com
dsasser@siwpc.com;jmuncy@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com

TOTAL: 8