# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

### OMNIBUS NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Samuel I. White, P.C., by counsel, hereby provides notice that Johnie Rush Muncy (Bar No. 12790) withdraws as counsel from the cases listed on the attached Exhibit A as of the date of this notice.

PLEASE TAKE NOTICE additionally that Dorothy Carol Sasser, Esq. (Bar No. 12709), an attorney who continues to be employed by Samuel I. White, P.C., will be substituted as counsel in the place of Johnie Rush Muncy in the cases listed on the attached Exhibit A.

Respectfully submitted,

Samuel I. White, P.C.

By:

**/s/JOHNIE R. MUNCY**

Johnie Rush Muncy, Bar No. 12790

**/s/D. Carol Sasser**

Dorothy Carol Sasser, Bar No. 12709

448 Viking Drive, Suite 350

Virginia Beach, VA 23452

Samuel I. White, P.C.

Tel: (757) 490-9284

Fax: (757) 490-8143

dsasser@siwpc.com

CERTIFICATE OF SERVICE

    I certify that on March 4, 2025, the foregoing Omnibus Notice of Withdrawal of Counsel was served via CM/ECF on all parties registered to receive electronic notice.

**/s/JOHNIE R. MUNCY**
Johnie R. Muncy, Esquire

# Exhibit A

| Case No. | Case Title | Chapter | Date Filed |
| --- | --- | --- | --- |
| 5:16-bk-50236 | Robert James Miller and Melissa NMN Clay | 13 | 9/21/2016 |
| 3:17-bk-30263 | Tonya Lea Hysell | 7 | 6/2/2017 |
| 2:18-bk-20185 | Michele Lynn Ward | 7 | 4/16/2018 |
| 2:18-bk-20301 | Leebareet Aslan Aslanian and Rosemarie Nmn Aslanian | 7 | 6/12/2018 |
| 3:18-bk-30386 | Patricia Anne Carman | 13 | 9/20/2018 |
| 2:18-bk-20552 | Geneva Jean Vickers | 13 | 11/8/2018 |
| 1:19-bk-10127 | Scottie Ray Cline | 13 | 10/24/2019 |
| 2:19-bk-20482 | Daniel Levi Thomas | 13 | 10/30/2019 |
| 2:20-bk-20001 | Larry Brian McNair and Kimmy Sue McNair | 13 | 1/6/2020 |
| 2:20-bk-20062 | Vicki Dawn Barrie | 13 | 2/24/2020 |
| 6:20-bk-60022 | David Erik Reid | 13 | 2/27/2020 |
| 2:20-bk-20094 | Jeremy Steven Brown | 13 | 3/17/2020 |
| 3:20-bk-30117 | John Patrick Jones and Rebecca Ann Jones | 13 | 3/18/2020 |
| 3:20-bk-30128 | Gary Allen Hughes and Glenda Irene Hughes | 13 | 3/24/2020 |
| 2:20-bk-20313 | Elizabeth Ann Kriz | 13 | 8/30/2020 |
| 2:20-bk-20372 | Michael Kelly Daniels | 13 | 10/26/2020 |
| 3:20-bk-30431 | April Dawn Burcham and Michael Patrick Burcham | 13 | 12/22/2020 |
| 2:20-bk-20426 | George Kenneth Vider | 13 | 12/23/2020 |
| 5:21-bk-50002 | Timothy Sean Hovatter and Marchia Ann Hovatter | 13 | 1/14/2021 |
| 3:21-bk-30063 | Gary Linn Knight and Staci Diane Knight | 13 | 3/22/2021 |
| 2:21-bk-20084 | Nicholas Anson Bush and Holly Renee Bush | 13 | 4/15/2021 |
| 2:21-bk-20112 | Ronald Neal Walters, Sr. | 13 | 5/6/2021 |
| 2:21-bk-20133 | Sandra Sue Craft | 13 | 6/8/2021 |
| 6:21-bk-60077 | Cheryl Ann Michaels | 13 | 8/17/2021 |
| 3:21-bk-30220 | Benjamin Lee Curry and April Lynn Curry | 13 | 9/9/2021 |
| 2:21-bk-20233 | Oshel Scott Barnett | 7 | 10/8/2021 |
| 5:21-bk-50080 | Emily Marie Cantrell | 13 | 10/20/2021 |
| 2:21-bk-20259 | Robin Lynn Griffin | 13 | 11/2/2021 |
| 5:21-bk-50097 | Kevin Wayne Wells and Pamela Jean Wells | 13 | 12/22/2021 |
| 3:22-bk-30065 | Michael Todd Brunty | 13 | 3/14/2022 |
| 2:22-bk-20083 | Beau Ashton Allen and Kayla Ann Allen | 13 | 5/13/2022 |
| 1:22-bk-10050 | Donald Ray Pennington | 13 | 7/18/2022 |
| 3:22-bk-30181 | Glenn Hillman Hall, III | 13 | 7/25/2022 |
| 1:22-bk-10056 | Reginald Maurice Rozzel | 13 | 7/29/2022 |
| 2:22-bk-20137 | Michael Lee Lanham | 13 | 8/19/2022 |

| | | | |
|---|---|---|---|
| 2:22-bk-20138 | Jean Ann McAllister | 13 | 8/19/2022 |
| 6:22-bk-60054 | Robin Carroll Spriggs | 13 | 8/26/2022 |
| 2:22-bk-20170 | Christopher Allen Campbell and Heidi Ann Campbell | 13 | 11/4/2022 |
| 2:22-bk-20177 | Monica Dillon Coleman | 13 | 11/11/2022 |
| 6:22-bk-60073 | David Alan Carey and Christina Renea Carey | 13 | 11/16/2022 |
| 3:22-bk-30279 | Amanda Brooke Davis and Ethan Scott Davis | 13 | 11/21/2022 |
| 2:22-bk-20183 | Tabatha Marie Gaten | 13 | 11/29/2022 |
| 3:22-bk-30292 | Jacqueline Elizabeth Moore | 13 | 11/30/2022 |
| 2:22-bk-20203 | Caroline Wesley Barner | 13 | 12/28/2022 |
| 1:23-bk-10001 | Timothy Keith Proffitt | 13 | 1/12/2023 |
| 2:23-bk-20026 | Linda Lee Richardson | 13 | 2/28/2023 |
| 2:23-bk-20028 | Ronald Gene McCoy | 13 | 3/6/2023 |
| 3:23-bk-30053 | Nathaniel Lee King and Joanna Lee King | 7 | 3/23/2023 |
| 2:23-bk-20103 | Harold Eugene Taylor | 13 | 6/22/2023 |
| 3:23-bk-30141 | Tina Louise Thompson | 13 | 6/23/2023 |
| 3:23-bk-30165 | Jeremy Keith Johnson | 13 | 7/18/2023 |
| 2:23-bk-20140 | Sherry Ray Riley | 13 | 9/5/2023 |
| 6:23-bk-60070 | William Everett Vest and Crystal Marie Vest | 13 | 9/22/2023 |
| 3:23-bk-30293 | Timothy Lee Halley and Melissa Lee Halley | 13 | 11/17/2023 |
| 6:23-bk-60099 | Brett Anthony Stewart and Teresa Lynn Stewart | 13 | 12/29/2023 |
| 5:24-bk-50001 | Sheri Anne Long | 13 | 1/5/2024 |
| 3:24-bk-30003 | Megan Nicole Hardy and Brittany Nicole Chambers | 13 | 1/11/2024 |
| 3:24-bk-30006 | Derek Scott Evanich and Lee Anne Evanich | 13 | 1/13/2024 |
| 6:24-bk-60007 | Gary Lynn Cooper and Rhonda Sue Cooper | 13 | 1/25/2024 |
| 6:24-bk-60012 | Christopher Thomas Jones and Melissa Elaine Jones | 7 | 2/2/2024 |
| 2:24-bk-20032 | Lisa Kay Hedrick | 13 | 2/15/2024 |
| 3:24-bk-30046 | Jeffrey Scott Woody | 13 | 2/26/2024 |
| 3:24-bk-30108 | Michelle Ann Bailey and Millard Kemper Bailey | 13 | 4/10/2024 |
| 3:24-bk-30124 | Brianna Marie Walker-Elliott and Millard Keith Elliott | 13 | 4/19/2024 |
| 2:24-bk-20094 | Randall Clay Nichols and Melissa Carol Nichols | 13 | 5/2/2024 |
| 3:24-bk-30169 | Patricia Jean Cole-Varah | 13 | 5/24/2024 |
| 3:24-bk-30186 | Christopher Sean Smith and Audrey Mae Smith | 13 | 6/7/2024 |
| 3:24-bk-30191 | Mark Gerald Kirk | 13 | 6/12/2024 |
| 2:24-bk-20140 | Bryan Keith Bonds | 7 | 6/28/2024 |
| 2:24-bk-20155 | Gregory Gene Jordan | 13 | 7/18/2024 |
| 5:24-bk-50057 | Elizabeth Donna Lafferty | 13 | 7/30/2024 |
| 2:24-bk-20195 | Kelly Ann Burrows and Michael Eugene Burrows | 7 | 8/27/2024 |
| 3:24-ap-03007 | Au v. Navient Solutions LLC et al | Lead BK: 3:24-bk-30120 | 9/17/2024 |

|  |  | Patricia Carol Au |  |
|---|---|---|---|
| 3:24-bk-30296 | Ray nmn Jude, Sr. and Brenda Sue Jude | 13 | 10/3/2024 |
| 2:24-bk-20224 | James Wilbert Branham, Jr. | 13 | 10/9/2024 |
| 3:24-bk-30329 | Gary Allen Steele and Deborah Sue Steele | 7 | 10/29/2024 |
| 3:24-bk-30332 | David Allen Adkins | 7 | 10/30/2024 |
| 6:24-bk-60072 | Harold Keith Hornbeck | 7 | 11/1/2024 |
| 1:24-bk-10066 | Harvey Achilies Feury and Lennie Jane Feury | 7 | 11/12/2024 |
| 2:24-bk-20249 | Brandon Christopher Jones and Barbara NMN Graeb | 7 | 11/13/2024 |
| 3:24-bk-30348 | Paul Edwin Clay | 13 | 11/14/2024 |
| 5:24-bk-50086 | Lisa Lynn Hill | 13 | 11/15/2024 |
| 2:24-bk-20258 | Jordan Earl Gibson | 7 | 11/21/2024 |
| 5:24-bk-50094 | Drenda Carol Auvil | 13 | 11/22/2024 |
| 3:24-bk-30360 | Martin Bradley Jones | 13 | 11/26/2024 |
| 6:24-bk-60079 | Ronald Jornadal Baldevieso and Dimvie Suficiencia Baldevieso | 13 | 11/26/2024 |
| 3:24-bk-30390 | Joshua Ray Jividen and Nicole Danielle Jividen | 13 | 12/31/2024 |
| 2:25-bk-20011 | Oliver Hugh Enoch | 13 | 1/27/2025 |
| 3:25-bk-30016 | Andreana Grace Hensley | 7 | 1/29/2025 |
| 3:25-bk-30019 | Marc Duane Bullard | 7 | 1/30/2025 |
| 2:25-bk-20024 | Joshua Steven Breedlove and Lynnsie Paige Breedlove | 13 | 2/7/2025 |