# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| Christi Lynn Smith | Case No. 25-30239 |
| Kevin John Nelson and Priscilla Diane Nelson | Case No. 25-20046 |
| Danielle Williamson and Jason Williamson | Case No. 24-20256 |
| Jody Ross Adkins | Case No. 25-20105 |
| Phillip Dean Hackney | Case No. 25-20071 |
| Michael Sizemore and Julie Sizemore | Case No. 24-20171 |
| Stanley Wayne Ratliff | Case No. 24-20045 |
| Heather Rose Butcher | Case No. 24-20038 |
| Matthew Wayne Harper | Case No. 23-20096 |
| Larry David Bostic | Case No. 25-10032 |
| Timothy Curtis Ball | Case No. 25-20057 |
| Manuel Peinado | Case No. 25-20144 |
| Jessica Donna Profit | Case No. 25-20094 |
| Martha Jean Jefferson | Case No. 25-20101 |
| Monica Dillon Coleman | Case No. 22-20177 |

| | |
|---|---|
| Charles Armstead and Karen Armstead | Case No. 22-20034 |
| Angelea Lovejoy and Keving Lovejoy | Case No. 20-20197 |
| Gregory Simmerman | Case No. 24-20067 |
| Amber Leighann Riner and Sean Patrick Riner | Case No. 23-30313 |
| Terry Lee Raines and Crissa Dawn Raines | Case No. 25-30041 |
| Ryan Scott Pierce and Samatha Jo Pierce | Case No. 24-60050 |
| Richard Allen George and Debra Lynn George | Case No. 22-30002 |
| Vicki Woods Dennison | Case No.25-20172 |
| William Warren Mucklow and Elizabeth Paige Mucklow | Case No. 24-20257 |

## **ORDER GRANTING MOTION FOR LEAVE TO APPEAR BY TELEPHONE**

Upon consideration of the *Motion for Leave to Appear by Telephone* filed by Ryan W. Johnson, and notice appearing appropriate and good cause appearing to grant the Motion, it is ORDERED that:

1. The Motion is GRANTED. Ryan W. Johnson is permitted to appear and be heard by telephone at the hearings scheduled for August 27, 2025 at 10:00 am. by calling 1-855-244-8681, Access Code 23076965636#.

*Prepared by:*

Counsel Name:

/s/ Ryan W. Johnson

Ryan W. Johnson

1049 Market Street

Wheeling, WV 26003

WV Bar No. 14178

304-744-6730

rwjohnson@wvtrustee.org