# United States Bankruptcy Court

**Southern District of West Virginia**

PDF FILE WITH AUDIO FILE ATTACHMENT

22-20177

Monica Dillon Coleman

---

Case Type: bk
Case Number: 22-20177
Case Title: Monica Dillon Coleman
Audio Date: 08/27/2025
Audio File Size: 2804KB
Audio Runtime: 00:02:59(hh:mm:ss)

---