
B. McKay Mignault, Chief Bankruptcy Judge
United States Bankruptcy Court

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA

In re: MONICA DILLON COLEMAN

Debtor(s)

Case No. 22-20177

Chapter 13

## JOINT STIPULATION AND ORDER AUTHORIZING PLAN MODIFICATION

The above-captioned Debtor(s) (hereinafter, the "Debtor"), and the Office of the Chapter 13 Trustee (the "Trustee"), jointly stipulate to the necessity of modification of the confirmed plan. Once this Joint Stipulation and Order is signed by the presiding bankruptcy judge and entered by the clerk, it has the force and effect of a court order modifying the plan.

**Necessity of Notice (check one)** The Debtor and the Trustee agree that:

☑ No notice is necessary as no party is adversely affected by this Joint Stipulation, which may be submitted to the presiding judge for adjudication as filed.

☐ All parties on the bankruptcy case's mailing list are entitled to notice of the Joint Stipulation and a proposed notice and summary of this Joint Stipulation is attached.

☐ Only the below listed entities are affected by the Joint Stipulation and are entitled to notice. A proposed notice and summary of this Joint Stipulation is attached.

**Status of the Debtor's Chapter 13 Plan as Originally Confirmed or as Last Modified**

Date of the Debtor's bankruptcy petition: November 11, 2022

Date of confirmation: July 5, 2023

Date of last modification (if applicable) NA

Number of months remaining for plan completion: 29

Current plan payment on a monthly basis: $2,450.00

Estimated distribution to unsecured creditors: 73%

**Reason for Modification: (check all that apply).  The changes to the plan are supported by Amended Schedules I and J prepared by the Debtor and contemporaneously filed with the Court.**

☑ Unanticipated loss of employment

☐ Unanticipated suspension of employment

☐ Unanticipated increase in household or medical expenses

☐ Uninsured property loss or personal injury

☐ Increase in income

☐ Settlement of litigation/inheritance

☑ Other (explain):

To resolve the Motion to Amend the Confirmed Chapter 13 Plan (doc 104), the Plan Payments will be $100.00 per month beginning in January 2026 for 36 consecutive months. The plan length will be 74 months total, 66 months from confirmation. The new plan base is $28,969.50.

**Terms of Modified Plan** (check and complete all applicable items)

☑ <u>Changes in Plan Payment and/or Base</u>: (complete all that apply):
> The current plan payment on a monthly basis is: $2,450.00
>
> The new plan payment on a monthly basis is: $100.00
>
> The number of months the new payment is effective is: 36
>
> The current plan base is: $125,560.00
>
> The new plan base is: $28,969.50
>
> Estimated % change in payment to unsecured creditors: 73% to 16%

☐ <u>Suspension</u>
> The number of months plan payments are suspended is:
>
> The Debtor will resume plan payments on:
>
> For the remainder of the plan, the new plan payment is:
>
> The suspension of plan payments is without prejudice to any other party seeking relief from the automatic stay or dismissal of the case.

<u>Surrender and/or Sale of Property</u> (provide a common description):

> The surrender or sale of the above-described property will satisfy the secured portion of any lien therein, and the creditor is afforded a period of 30 days following

the sale of any property, or 90 days following the surrender of any property, to submit an unsecured claim in the case. All payments on a claim secured by the above-described property shall immediately cease.

**Benefit to Creditors** (check all that apply)

The proposed changes benefit the unsecured creditors because:

☑ The proposed changes will allow the Debtor to complete the plan. The Debtor is unable to complete the plan as confirmed.

☐ The distribution to unsecured creditors is not changed or is increased.

☐ Other: (explain)

**Summary of treatment of creditors after modification** (complete all that apply):

| Secured Creditors Paid Directly by the Debtor: | |
|---|---|
| Proof of Claim Number | Creditor |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

| Secured Creditors Paid Directly by the Trustee: | |
|---|---|
| Proof of Claim Number | Creditor |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

All other secured creditors shall be paid as set forth in the confirmation order.

**Pre-Petition Priority Claims**

☐ Have been paid in full by the Trustee.

☑ Will continue to be paid as set forth in the confirmation order.

☐ Other:

**§ 1305 Claims**

☑ Not Applicable

☐ Will be paid by the Trustee

☐ Other: 

**Other Provisions:**

Respectfully submitted and agreed to this  29TH  day of _____December_____ 2 025____

_/s/  Andrew S. Nason (by email permission)_____
Debtor or Attorney for the Debtor

Name:

Bar Number:

Address:

Tele.

Andrew S. Nason
Pepper & Nason
8 Hale Street
Charleston, WV 25301
(304) 346-0361

/s/ Ryan W. Johnson

Ryan W. Johnson, Chapter 13 Trustee for WV
1049 Market Street
Wheeling, WV 26003
(304) 744-6730

4

In re:

Monica Dillon Coleman

    Debtor

Case No. 22-20177-BMM

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0425-2          User: admin          Page 1 of 2

Date Rcvd: Feb 02, 2026          Form ID: pdf001          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2026:**

**Recip ID**          **Recipient Name and Address**
db          +   Monica Dillon Coleman, 877 Chappell Road, Charleston, WV 25304-2705

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2026          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew S. Nason | on behalf of Debtor Monica Dillon Coleman andyn@peppernason.com ryand@peppernason.com;ciarab@peppernason.com;abbiec@peppernason.com;PepperandNason@jubileebk.net;pennyf@peppernason.com |
| D. Carol Sasser | on behalf of Creditor CITIZENS BANK NA f/k/a RBS CITIZENS NA dsasser@siwpc.com kgershen@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com |
| Donald Geoffrey Varney | on behalf of Creditor Thomas Memorial Hospital wvbk@rslegal.com rsbkecfbackup@gmail.com;reisenfeld@ecf.inforuptcy.com;courtney.kick@rslegal.com |
| Ryan Winquist Johnson | rwjohnson@wvtrustee.org |
| Sarah Ellis | |

on behalf of Creditor The Poca Valley Bank sarah.ellis@steptoe-johnson.com susan-oxley-5561@ecf.pacerpro.com

United States Trustee

ustpregion04.ct.ecf@usdoj.gov

W. Scott Campbell

on behalf of Creditor CITIZENS BANK NA f/k/a RBS CITIZENS NA wcampbell@siwpc.com
dsasser@siwpc.com;jmuncy@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com


TOTAL: 7